1  KIRTON MCCONKIE
   Brinton M. Wilkins (AZ Bar No. 024591)
2  Cameron M. Hancock (admitted *pro hac vice*)
   50 E. South Temple, 4th Floor
3  P.O. Box 45120
   Salt Lake City, Utah 84145-0120
4  Telephone: (801) 328-3600
5  Facsimile: (801) 321-4893
   bwilkins@kmclaw.com
6  chancock@kmclaw.com
7  *Attorneys for Plaintiffs/Counterdefendants*

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| SOFT WAVE INNOVATIONS, INC., an Arizona corporation; GARY WILSON, an individual,<br>        Plaintiffs,<br>vs.<br><br>AMERICA GREENER TECHNOLOGIES, INC., a Nevada corporation; CARRIE BORGEN and JOHN DOE BORGEN, husband and wife; RICARDO ANTONIO BARBOSA and JANE DOE BARBOSA, husband and wife; JAMES MACK and JANE DOE MACK, husband and wife; JOHN P. MOONEY and JANE DOE MOONEY, husband and wife; JOHN and JANE DOES 1-100; JOHN DOE CORPORATIONS 1-10; and OTHER JOHN DOE ENTITIES 1-10,<br>        Defendants. | **NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE**<br><br>No. 2:16-cv-03734-DJH<br><br>The Honorable Diane J. Humetawa |
| AMERICA GREENER TECHNOLOGIES, INC., a Nevada corporation,<br>    Counterclaimant,<br>vs.<br><br>SOFT WAVE INNOVATIONS, INC., an Arizona corporation; GARY WILSON and TAMMIE WILSON, husband and wife; JOHN and JANE DOES 1-100; JOHN DOE CORPORATIONS 1-10; and OTHER JOHN DOE ENTITIES 1-10,<br>    Counterdefendants. | |

Plaintiffs/Counterclaim Defendants Soft Wave Innovations, Inc., and Gary Wilson; Defendants James Mack, Juanita Mack, and John P. Mooney; Defendant/Counterclaim Plaintiff America Greener Technologies, Inc.; and Counterclaim Defendant Tammie Wilson notify the Court that they have settled all claims asserted in this lawsuit.

In accordance with their settlement agreement, all parties in this lawsuit stipulate to the dismissal of this action in its entirety, including all counterclaims, *with* prejudice.

Accordingly, under Rule 41(a)(1)(A)(ii), Fed R. Civ. P., the parties to this lawsuit give notice of this action's dismissal *with* prejudice.

DATED this 9th day of December, 2019.

KIRTON McCONKIE

/s/ Brinton M. Wilkins
Cameron M. Hancock
Brinton M. Wilkins
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of December, 2019, a true and correct copy of the foregoing **NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE** was served on the following by the method indicated below:

| | |
|---|---|
| F. Thomas Hovore | ( ) U.S. Mail, Postage Prepaid |
| Hovore Law, PLLC | ( ) Hand Delivered |
| 14300 N. Northsight Blvd., Suite 121 | ( ) Overnight Mail |
| Scottsdale, Arizona 85260 | ( ) Email |
| tom@hovore.com | (X) Electronic Filing |

s/Diane Olson