# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Soft Wave Innovations Incorporated, et al., | No. CV-16-03734-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| America Greener Technologies Incorporated, et al., | |
| Defendants. | |

The Court having reviewed the parties' Notice of Stipulated Dismissal With Prejudice (Doc. 92), filed on December 9, 2019,

**IT IS ORDERED** approving the Stipulation (Doc. 92) and dismissing this action in its entirety, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate this action.

Dated this 9th day of December, 2019.

Honorable Diane J. Humetewa
United States District Judge